PROB 35A

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**



## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 1:07CR00195-001 OWW |
| ) | |
| KEITH MICHAEL ROBINSON ) | |

On December 10, 2004, the above-named was placed on supervised release for a period of 5 years.

On August 20, 2009, this office was notified by the offender's brother Kevin Robinson that Keith Michael Robinson died in Yosemite National Park. According to the Yosemite National Park Ranger, the offender fell from a cliff and died on August 18, 2009. On September 23, 2009, the undersigned obtained a copy of his certified death certificate, which noted he died of "positional asphyxia." Per the death certificate, issued from Mariposa County, the offender was confirmed dead by the Mariposa County Coroner on 08/20/2009 (copy of the notification is on file). It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Jack C. Roberson

**Jack C. Roberson
United States Probation Officer**

Dated:    September 29, 2009
          Fresno, California

**REVIEWED BY:**    **/s/ Hubert J. Alvarez**
                    **HUBERT J. ALVAREZ**
                    **Supervising United States Probation Officer**

1

Rev. 05/2007
EARLY TERMINATION ~ ORDER (DEATH) (PROB35A).MRG

Re:   **KEITH MICHAEL ROBINSON**
      **Docket Number:   1:07CR-00195-001 OWW**
      **ORDER TERMINATING TERM OF SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

## ORDER OF COURT

It appearing that Keith Robinson is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

_9- 30 79_
**Date**

_____
**Oliver W. Wanger**
**Senior United States District Judge**

(Notification copy on file)

cc:   AUSA - Not assigned
      FLU Unit - United States Attorney's Office
      Fiscal Clerk - Clerk's Office
      Restitution Accounts - Victims